MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (510) 970-4862
     Facsimile: (415) 744-0134
     Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARMANDO GARCIA, | Case No.: 2:24-cv-03624-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-four (24) days from April 25, 2025, up to and including May 12, 2025.  This is the Defendant's first extension request.

Defendant's counsel was recently assigned this case along with several other cases, and now has four cases due on May 1, 2025.  Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good

1

1    faith and with no intention to unduly delay the proceedings, and counsel apologizes for

2    any inconvenience.

3         The parties further stipulate that the Court's Scheduling Order shall be modified

4    accordingly.

5                             Respectfully submitted,

6                             DUARTE, URSTOEGER & RUBLE, LLP

7   Dated:  April 22, 2025           /s/ *Jeffrey R. Duarte\**

8                             (*as authorized via e-mail)
                             JEFFREY R. DUARTE

9                             Attorney for Plaintiff

10   Dated:  April 22, 2025          MICHELE BECKWITH

11                            Acting United States Attorney
                           MATHEW W. PILE

12                            Associate General Counsel
                           Social Security Administration

13

14              By:     /s/ *Michelle A. Pavelek*
                           MICHELLE A. PAVELEK

15                            Special Assistant U.S. Attorney

16                            Attorneys for Defendant

17

18                           **ORDER**

19         Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

20   extension, up to and including May 19, 2025 to respond to Plaintiff's Brief and Plaintiff's

21   optional reply brief will be extended to June 2, 2025.

22

   DATED: April 22, 2025

23                          _____

24                          ALLISON CLAIRE
                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28